IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GRACIA ALEJO-NAVARRO,                          )
                                               )
        Petitioner,                            )
                                               )
v.                                             )          Case 2:26-cv-00058-JB-KRS
                                               )
WARDEN, *in his or her official capacity* as   )
Warden of the Otero County Processing          )
Center; MARY DE ANDA-YBARRA, *in her*          )
*official capacity* as Field Office Director of the ICE )
El Paso Field Office of Enforcement and        )
Removal Operations, U.S. Immigration and       )
Customs Enforcement; U.S. Department of        )
Homeland Security; TODD M. LYONS, *in his*     )
*official capacity* as Acting Director, Immigration )
and Customs Enforcement, U.S. Department of    )
Homeland Security; KRISTI NOEM, *in her*       )
*official capacity* as Secretary, U.S. Department of )
Homeland Security; and PAMELA JO BONDI, *in*   )
*her official capacity* as Attorney General of the )
United States,                                 )
                                               )
        Respondents.                           )

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court *sua sponte*.[1] Upon reviewing Petitioner Gracia Alejo-Navarro's ("Petitioner") Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Doc. 4), the Court has determined that additional information would assist in recommending a disposition in this matter.

**IT IS THEREFORE ORDERED** that no later than **Friday, March 13, 2026**,

---

[1] The Honorable James O. Browning referred this case to me "to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case," as authorized by 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990). (Doc. 5).

Respondents shall file a status report regarding the status of removal proceedings, if any, initiated against Petitioner, including all documents filed in any removal proceedings. Respondents also shall specify the date that Petitioner was taken into custody and whether Petitioner was taken into custody pursuant to an administrative or judicial warrant of arrest. If Petitioner was taken into custody pursuant to a warrant, Respondents shall provide a copy of the warrant.

**IT IS SO ORDERED** this 6th day of March, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE