IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


GRACIA ALEJO-NAVARRO,

     Petitioner,

vs.                                     No. CIV 26-0058 JB/KRS

WARDEN, *in his or her official capacit*y as
Warden of the Otero County Processing
Center; MARY DE ANDA-YBARRA, *in her
official capacity* as Field Office Director of the ICE
El Paso Field Office of Enforcement and
Removal Operations, U.S. Immigration and
Customs Enforcement; U.S. Department of
Homeland Security; TODD M. LYONS, *in his
official capacity* as Acting Director, Immigration
and Customs Enforcement, U.S. Department of
Homeland Security; KRISTI NOEM, *in her
official capacity* as Secretary, U.S. Department of
Homeland Security; and PAMELA JO BONDI, *in
her official capacity* as Attorney General of the
United States,

     Respondents.

### MEMORANDUM OPINION AND ORDER OF VOLUNTARY DISMISSAL

**THIS MATTER** comes before the Court on the Petitioner's Notice of Voluntary Dismissal under FRCP 41(a)(1), filed March 16, 2026 (Doc. 16)("Notice").  Pursuant to rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a party may "dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(1).  See also § 2254 Habeas Rules, Rule 12 (providing that the court may apply the Federal Rules of Civil Procedure to the extent they are not inconsistent with the habeas rules).  The Respondents have not yet filed an answer in this action and, therefore, the Court will accept the Notice pursuant to rule 41(a)(1)(A)(1).  Because there are no more claims before the Court, the Court enters Final Judgment.

- 2 -

**IT IS ORDERED** that: (i) the Petitioner's Petition for a Writ of Habeas Corpus under 28

U.S.C. 2241, filed January 15, 2026 (Doc. 4), is voluntarily dismissed without prejudice; and (ii)

Final Judgment will be entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Barri Martinez
Roy Petty & Associates, PLLC
Dallas, Texas

    *Attorneys for Petitioner*

Allison Shokes
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for Respondents Mary De Anda-Ybarra, Todd M. Lyons, Kristi Noem, and Pamela Jo Bondi*